**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
**Rochester Division DIVISION**

In re:

| | | |
|---|---|---|
| RICE, KENNETH C. | § | Case No. 17-20706 |
| fdba President of Oxford East Landscape | § | Chapter 7 |
| and Design, Inc | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/29/2017. The undersigned trustee was appointed on 06/29/2017.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of      $    14,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 150.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 13,849.12 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/16/2017 and the deadline for filing governmental claims was 12/27/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,150.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,150.00, for a total compensation of $2,150.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $21.39 for total expenses of $21.39$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/17/2018   By: /s/ Douglas J. Lustig
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---
$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 17-20706
Case Name: RICE, KENNETH C.
For Period Ending: 05/17/2018

Trustee Name: (521560) Douglas J. Lustig
Date Filed (f) or Converted (c): 06/29/2017 (f)
§ 341(a) Meeting Date: 08/08/2017
Claims Bar Date: 11/16/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Prossick Road, Lodi, NY 00000-0000, Seneca County<br>PER TRUSTEE'S NOTICE OF INTENT TO SELL DATED 9/28/17<br>Land, 5.22 acres vacant land; Tax ID # 11-1-7.12; owned jointly with non-filing spouse; appraised value $25,300.00 less mortgage $8,452.00 = equity of $16,848.00; scheduled value is 1/2 equity ($8,424.00) plus mortgage ($8,452.00) = $16,876.00. Entire property value: $16,876.00 | 16,876.00 | 5,253.71 | | 5,253.71 | FA |
| 2 | Prossick Road, Lodi, NY 00000-0000, Seneca County<br>PER TRUSTEE'S NOTICE OF INTENT TO SELL DATED 9/28/17<br>Land, 5.22 acres vacant land; Tax ID # 11-1-7.13; owned jointly with non-filing spouse; appraised value- $25,300.00 less mortgage $8,452.00 = equity of $16,848.00; scheduled value is 1/2 equity of ($8,424.00) plus mortgage ($8,452.00) = $16,876.00. Entire property value: $16,876.00 | 16,876.00 | 5,253.71 | | 5,253.71 | FA |
| 3 | Prossick Road, Lodi, NY, Seneca County<br>PER TRUSTEE'S NOTICE OF INTENT TO SELL DATED 9/28/17<br>Land, 5.22 acres vacant land; Tax ID #11-1-7-29; owned jointly with non-filing spouse; appraised value $25,300.00 less mortgage of $8,375.00 = equity of $16,925.00; scheduled value is 1/2 equity ($8,463.00) plus mortgage ($8,375.00) = $16,838.00. Entire property value: $16,838.00 | 16,838.00 | 3,492.58 | | 3,492.58 | FA |
| 4 | Household goods | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Electronics | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Firearms and sports | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Furs and jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Furs and jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 13 | Non-farm animals | 40.00 | 0.00 | | 0.00 | FA |
| 14 | Checking, savings or other financial accounts | 7.00 | 0.00 | | 0.00 | FA |
| 15 | Tax refunds owed to you | 166.00 | 0.00 | | 0.00 | FA |
| 16 | Machinery, fixtures | 300.00 | 0.00 | | 0.00 | FA |
| 17 | Machinery, fixtures | 100.00 | 0.00 | | 0.00 | FA |

Case 2-17-20706-PRW    Doc 25    Filed 06/01/18    Entered 06/01/18 16:06:52    Desc Main
Document      Page 3 of 12

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 17-20706  Trustee Name: (521560) Douglas J. Lustig
Case Name: RICE, KENNETH C.  Date Filed (f) or Converted (c): 06/29/2017 (f)
§ 341(a) Meeting Date: 08/08/2017
For Period Ending: 05/17/2018  Claims Bar Date: 11/16/2017

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 18  Machinery, fixtures | 100.00 | 0.00 | | 0.00 | FA |
| **18**  **Assets Totals (Excluding unknown values)** | **$52,323.00** | **$14,000.00** | | **$14,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): 02/28/2018   Current Projected Date Of Final Report (TFR): 02/28/2018

05/17/2018   /s/Douglas J. Lustig
Date   Douglas J. Lustig

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 17-20706 | **Trustee Name:** | Douglas J. Lustig (521560) | |
| **Case Name:** | RICE, KENNETH C. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5894 | **Account #:** | ******8500 Checking | |
| **For Period Ending:** | 05/17/2018 | **Blanket Bond (per case limit):** | $7,178,437.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/25/17 | | KENNETH M RICE | PROCEEDS FOR NON-EXEMPT EQUITY IN REAL ESTATE | | 14,000.00 | | 14,000.00 |
| | {1} | | NON-EXEMPT EQUITY IN REAL ESTATE $5,253.71 | 1110-000 | | | 14,000.00 |
| | {2} | | NON-EXEMPT EQUITY IN REAL ESTTE $5,253.71 | 1110-000 | | | 14,000.00 |
| | {3} | | NON-EXEMPT EQUITY IN REAL ESTATE $3,492.58 | 1110-000 | | | 14,000.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 13,990.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.46 | 13,968.54 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.09 | 13,948.45 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.39 | 13,929.06 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.03 | 13,907.03 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.66 | 13,888.37 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.97 | 13,868.40 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.28 | 13,849.12 |
| | | | **COLUMN TOTALS** | | 14,000.00 | 150.88 | $13,849.12 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,000.00 | 150.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,000.00** | **$150.88** | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

**Case No.:** 17-20706
**Case Name:** RICE, KENNETH C.
**Taxpayer ID #:** **-***5894
**For Period Ending:** 05/17/2018

**Trustee Name:** Douglas J. Lustig (521560)
**Bank Name:** Rabobank, N.A.
**Account #:** ******8500 Checking
**Blanket Bond (per case limit):** $7,178,437.00
**Separate Bond (if applicable):** N/A

| | |
|---:|---:|
| Net Receipts: | $14,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $14,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8500 Checking | $14,000.00 | $150.88 | $13,849.12 |
| | **$14,000.00** | **$150.88** | **$13,849.12** |

05/17/2018
Date

/s/Douglas J. Lustig
Douglas J. Lustig

# Exhibit C
## Analysis of Claims Register

**Case:** 17-20706  **KENNETH C. RICE**

Claims Bar Date: 11/16/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100<br>SECURED CLAIM | Secured<br>09/21/17 | | $3,902.84<br>$0.00 | $0.00 | $0.00 |
| ATTY EXP | Douglas J. Lustig<br>55 Canterbury Road<br>Rochester, NY 14607<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>04/27/18 | | $6.01<br>$6.01 | $0.00 | $6.01 |
| ATTY FEE | DOUGLAS J. LUSTIG<br>55 Canterbury Road<br>Rochester, NY 14607<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>04/27/18 | | $1,403.00<br>$1,403.00 | $0.00 | $1,403.00 |
| FEE | Douglas J. Lustig<br>55 Canterbury Road, #1<br>Rochester, NY 14607<br><2100-000 Trustee Compensation><br>, 200 | Administrative | | $2,150.00<br>$2,150.00 | $0.00 | $2,150.00 |
| TE | Douglas J. Lustig<br>55 Canterbury Road, #1<br>Rochester, NY 14607<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>04/27/18 | | $21.39<br>$21.39 | $0.00 | $21.39 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/18/17 | | $8,550.65<br>$8,550.65 | $0.00 | $8,550.65 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case:** 17-20706                    **KENNETH C. RICE**

Claims Bar Date: 11/16/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Deere Credit, Inc. dba Johh Deere Financial<br>PO Box 6600<br>Johnston, IA 50131<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/25/17 | | $2,767.25<br>$2,767.25 | $0.00 | $2,767.25 |
| 3 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/15/17 | | $1,739.38<br>$1,739.38 | $0.00 | $1,739.38 |
| 5 | Bank of America, N.A.<br>Attn: Domenic DiPadua<br>100 North Tryon Street<br>Charlotte, NC 28255<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/21/17 | | $94,948.52<br>$94,948.52 | $0.00 | $94,948.52 |
| 6 | Northern Nurseries, Inc.<br>c/o Melvin & Melvin, PLLC<br>Attn: Collections<br>217 South Salina Street<br>Syracuse, NY 13202<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/22/17 | | $1,383.99<br>$1,383.99 | $0.00 | $1,383.99 |
| 7 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/03/17 | | $1,405.77<br>$1,405.77 | $0.00 | $1,405.77 |
| 8 | T Mobile/T-Mobile USA Inc<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/19/17 | | $4,514.26<br>$4,514.26 | $0.00 | $4,514.26 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case:** 17-20706          **KENNETH C. RICE**

Claims Bar Date: 11/16/17

|  | **Case Total:** | **$0.00** | **$118,890.22** |

**UST Form 101-7-TFR (5/1/2011)**

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-20706
Case Name: KENNETH C. RICE
Trustee Name: Douglas J. Lustig

**Balance on hand:** $ 13,849.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Sheffield Financial | 3,902.84 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,849.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Douglas J. Lustig | 2,150.00 | 0.00 | 2,150.00 |
| Trustee, Expenses - Douglas J. Lustig | 21.39 | 0.00 | 21.39 |
| Attorney for Trustee Fees - DOUGLAS J. LUSTIG | 1,403.00 | 0.00 | 1,403.00 |
| Attorney for Trustee, Expenses - Douglas J. Lustig | 6.01 | 0.00 | 6.01 |

Total to be paid for chapter 7 administrative expenses: $ 3,580.40
Remaining balance: $ 10,268.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,268.72

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 10,268.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $115,309.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank<br>Discover Products Inc | 8,550.65 | 0.00 | 761.46 |
| 2 | Deere Credit, Inc. dba Johh Deere Financial | 2,767.25 | 0.00 | 246.43 |
| 3 | First National Bank of Omaha | 1,739.38 | 0.00 | 154.90 |
| 5 | Bank of America, N.A.<br>Attn: Domenic DiPadua | 94,948.52 | 0.00 | 8,455.48 |
| 6 | Northern Nurseries, Inc.<br>c/o Melvin & Melvin, PLLC<br>Attn: Collections | 1,383.99 | 0.00 | 123.25 |
| 7 | Advanta Bank Corporation<br>Resurgent Capital Services | 1,405.77 | 0.00 | 125.19 |
| 8 | T Mobile/T-Mobile USA Inc by American InfoSource LP as agent | 4,514.26 | 0.00 | 402.01 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 10,268.72 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**